UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHEILA WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:15-CV-2355-G (BF) |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the findings, conclusions, and

recommendation of United States Magistrate Judge Paul D. Stickney.  The court

reviewed the proposed findings, conclusions, and recommendation for plain error.

Finding none, the court accepts the findings, conclusions, and recommendation of the

United States Magistrate Judge.

It is therefore **ORDERED** that the final decision of the Commissioner is

**AFFIRMED**.

February 10, 2017.

**A. JOE FISH**
**Senior United States District Judge**